UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| DONNA JONES, | ) | No. 5:20-cv-01765-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in the amount of Three Thousand, Six Hundred, Eighty-Three Dollars and 04/100 Cents ($3,683.04) and expenses in the amount of Twenty-One Dollars and 15/100 Cents ($21.15) under 28 U.S.C. § 2412(a), (d) of the EAJA. ECF No. 35. In the Acting Commissioner's Response she indicates she does not object to the requested amount of EAJA attorney fees and expenses sought, ECF No. 36. Plaintiff's Motion is granted in accordance with the terms of this order.

It is hereby, ORDERED that Plaintiff, Donna Jones, is awarded attorney fees in the amount of Three Thousand, Six Hundred, Eighty-Three Dollars and 04/100 Cents ($3,683.04) and expenses in the amount of Twenty-One Dollars and 15/100 Cents ($21.15) under 28 U.S.C. § 2412(a). These attorney fees will be paid directly to Plaintiff, Donna Jones, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the

awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    IT IS SO ORDERED.

December 14, 2021                                        Kaymani D. West
Florence, South Carolina                        United States Magistrate Judge