IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Donna **Jones**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 5:20-cv-01765-KDW |
| ) | |
| Kilolo KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |

## ORDER

Plaintiff, Donna Jones, brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's application for a period of disability and disability insurance benefits. *See* 42 U.S.C. § 405(g). On August 30, 2021 the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings.

This matter now is before the court on Plaintiff's Motion for Attorney's Fees, ECF No. 39, filed on February 17, 2023, for requested fees in the amount of $16,635.53 of Jones' past due benefits, under the Social Security Act, 42 U.S.C. § 406(b). The Plaintiff's attorney has been granted fees by this Court in the amount of $3,683.04, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The Commissioner filed a Response on February 21, 2023, indicating that she neither supports nor opposes the request for attorney's fees in this case. ECF No. 41.

In the United States Supreme Court case of *Gisbrecht v. Barnhart*, 535 U.S. 780 (2002), the Court held that the provision of the Social Security Act limiting attorney fees to 25% of past-

due benefits does not displace contingent-fee agreements that are within such statutory ceiling and instructs courts to review for reasonableness fees yielded by such agreements. In addition, if the claimant has been awarded attorney fees under EAJA, the claimant's attorney must refund the lesser of the two fees to the claimant. *Id*. at 796.

Upon review of the materials submitted to the Court, the undersigned finds that Plaintiff counsel's request for attorney fees is reasonable and therefore grants Plaintiff's Motion, ECF No. 39. Therefore, it is ordered that the Plaintiff's attorney may collect a fee of 25% of Plaintiff's past due benefits. Plaintiff's attorney must refund to Plaintiff the EAJA award of $3,683.04.

IT IS SO ORDERED.

March 1, 2023                                                    Kaymani D. West
Florence, South Carolina                                   United States Magistrate Judge